IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA DICKENS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TIFFCO CARE 2 LLC, d/b/a VISITING ANGELS, and PATRICK EDWARD KELLEY,<br><br>Defendants. | Case No. 1:20-cv-02954-JRS-MJD |

> Dismissal with prejudice acknowledged.
> JRS, DJ, 1/5/2021
> Distribution to all parties of record via CM/ECF.

## STIPULATION OF DISMISSAL

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal, with prejudice of this lawsuit, with all parties to bear their own costs and fees.

Dated: January 4, 2021

Respectfully Submitted,

*/s/ Robert W. Cowan  (w/ permission)*
Robert W. Cowan
BAILEY COWAN HECKMAN PLLC
555 San Felipe, Suite 900
Houston, TX 77056
*rcowan@bchlaw.com*

Kathleen A. Musgrave Farinas
Sarah Elizabeth Broderick
GEORGE & FARINAS, LLP
151 N. Delaware St., Suite 1700
Indianapolis, IN 46204
*kf@lgkflaw.com*
*sb@lgkflaw.com*

**ATTORNEYS FOR PLAINTIFF**

*/s/  Kenneth B. Siepman*
Kenneth B. Siepman, Attorney No. 15561-49
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile:  (317) 916-9076
*kenneth.siepman@ogletree.com*

Jeffrey Allan Boggess
Boggess Law Office
15 N. Indiana St., Suite B
Greencastle, IN 46135
*jeff@boggesslaw.com*

**ATTORNEYS FOR DEFENDANTS**

45378543.1